IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORNA SPORTS, S.L., | ) |
| | ) |
| | ) Case No. 23-cv-4410 |
| Plaintiff, | ) |
| | ) |
| | ) Judge John F. Kness |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff DORNA SPORTS, S.L. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 40 | bears2636 |
| 78 | kumsjapan |
| 187 | CHENCHENYA |
| 189 | dengzhoushiyongchangshangmaoyouxiangongsi |
| 191 | fulin778 |
| 196 | Langzi Keji |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
| Dated: November 09, 2023 | By: | s/Michael A. Hierl<br>Michael A. Hierl (Bar No. 3128021)<br>William B. Kalbac (Bar No. 6301771)<br>Robert P. McMurray (Bar No. 6324332)<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>Three First National Plaza<br>70 W. Madison Street, Suite 4000<br>Chicago, Illinois 60602<br>(312) 580-0100 Telephone<br>mhierl@hsplegal.com<br><br>Attorneys for Plaintiff<br>DORNA SPORTS, S.L. |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 09, 2023.

                                                  s/Michael A. Hierl